**GREENBLUM & BERNSTEIN, P.L.C.**
1950 ROLAND CLARKE PLACE
RESTON, VA  20191
(703) 716-1191

**STARK & STARK**
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NEW JERSEY  08543-5315
(609) 896-9060
Attorneys for Defendant/Counterclaim Plaintiff, Sun Pharmaceutical Industries, Ltd.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORION CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>SUN PHARMACEUTICAL INDUSTRIES, LIMITED,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 07-05436 (MLC)<br>Civil Action No. 08-00720 (MLC)<br>**(Consolidated Cases)**<br><br>**CONSENT ORDER GRANTING LEAVE TO ADMIT NEIL F. GREENBLUM, ESQ.**<br>***PRO HAC VICE* (L.Civ.R. 101.1(c))** |

**THIS MATTER** having been brought before the Court by the Application of attorneys for Defendant/Counterclaim Plaintiff, Sun Pharmaceutical Industries, Ltd. ("Sun"), Stark & Stark, A Professional Corporation (Kevin M. Hart, Esq. appearing) to Neil F. Greenblum, Esq. of the law firm Greenblum & Bernstein, P.L.C. with offices located at 1950 Roland Clarke Place, Reston, Virginia 20191, *pro hac vice*; on notice to and with the consent of Plaintiff, Orion Corporation ("Orion") by its counsel, LeClairRyan (Gregory S. Thomas, Esq. appearing), and the Court having reviewed this form of Consent Order and considered this matter pursuant to Fed.R.Civ.P. 78 and L.Civ.R. 101.1(c), and for good cause having otherwise been shown;

IT IS on this ___6th___ day of ___May___, 2008, hereby

**ORDERED** that Neil F. Greenblum, Esq. be permitted to appear *pro hac vice*, provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Kevin M. Hart, Esq. of Stark & Stark (or another attorney at said firm authorized to appear before this Court), counsel of record for Defendant, Sun Pharmaceutical Industries, Ltd., members in good standing of the New Jersey Bar, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted herein; and it is further

**ORDERED** that, for the duration of this case, Neil F. Greenblum, Esq. shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee for each attorney (currently $186.00) in accordance with New Jersey Court Rule 1:28-2, within twenty (20) days of the date of the entry of this Order, enclosing with payment a completed Form PHV-5; and it is further

**ORDERED** that Neil F. Greenblum, Esq. shall comply with the terms of L. Civ. R. 101(c) (3) by making payment to the Clerk, U.S. District Court, in the amount of $150.00 for each attorney admitted; and it is further

**ORDERED** that Neil F. Greenblum, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Neil F. Greenblum, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to New Jersey Court Rule 1:21-7, as amended; and it is further

**ORDERED** that Neil F. Greenblum, Esq. must notify this Court immediately of any matter affecting his respective standing at the Bar of any other court; and it is further

**ORDERED** that Neil F. Greenblum, Esq. is within the disciplinary jurisdiction of this Court.

_____
JOHN J. HUGHES
UNITED STATES MAGISTRATE JUDGE

We hereby consent to the
Form and Entry of this Order:

_____
Gregory S. Thomas, Esq.
**LeClairRyan**
*A Virginia Professional Corporation*
Two Penn Plaza East, 10th Floor
Newark, New Jersey 07105
Tel.: (973) 491-3600
E-mail: gregory.thomas@leclairryan.com
Attorneys for Plaintiff/Counterclaim Defendant
Orion Corporation

_____
Kevin M. Hart, Esq.
**STARK & STARK**
*A Professional Corporation*
P.O. Box 5315
Princeton, NJ 08543-5315
Tel.: (609) 896-9060
E-mail: khart@stark-stark.com
Attorneys for Defendant/Counterclaim Plaintiff
Sun Pharmaceutical Industries Ltd.