# STARK&STARK

A PROFESSIONAL CORPORATION

MARTIN P. SCHRAMA
DIRECT DIAL NUMBER
609-219-7445
DIRECT FAX NUMBER
609-895-7395
E-MAIL
mschrama@stark-stark.com

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648-2389

MAILING: PO BOX 5315 PRINCETON, NJ 08543-5315

609-896-9060 (PHONE) 609-896-0629 (FAX)

WWW.STARK-STARK.COM

February 17, 2009

**VIA TELEFAX**
The Honorable Mary L. Cooper, U.S.D.J.
United States District Court
District of New Jersey Trenton
Clarkson S. Fisher Federal Bldg.
  & U.S. Courthouse, Room 5000
402 E. State Street
Trenton, NJ  08608

RECEIVED

FEB 2 0 2009

AT 8:30
WILLIAM T. WALSH
CLERK

Re:  **Orion Corporation v. Sun Pharmaceutical Industries, Ltd., et al.**
     Case No. 07-05436 (MLC)

Dear Judge Cooper:

This firm represents Defendants, Sun Pharmaceutical Industries, Ltd., and Sun Pharma Global, Inc. (collectively, "Sun"), with regard to the above-captioned matter. Sun has filed a pending Motion for Deconsolidation, with Sun's Reply papers currently due on or before February 17, 2009, and the Motion returnable on March 2, 2009. Per my telephone conversation this morning with Your Honor's Law Clerk, Sun respectfully requests an adjournment of the briefing scheduled so that Sun's Reply papers are due on or before February 23, 2009, with the Motion remaining returnable on March 2, 2009.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By: _____
    MARTIN P. SCHRAMA
MPS/cac
c: Gregory S. Thomas, Esquire - *via telefax (973.491.3497) & regular mail*
   Susan Haberman Griffen, Esquire - *via telefax (202.408.4400) & regular mail*

RECEIVED

FEB 18 2009

_____
Mary L. Cooper, U.S.D.J.

SO ORDERED:

FEB. 20, 2009    _____
                 HON. MARY L. COOPER, U.S.D.J.