## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORION CORPORATION,<br><br>        Plaintiff/Counterclaim<br>        Defendant,<br><br>v.<br><br>SUN PHARMACEUTICAL<br>INDUSTRIES, LIMITED,<br><br>        Defendant/Counterclaim<br>        Plaintiff. | CIVIL ACTION NO. 03:07-cv-05436 (MLC)(DEA)<br><br>**ORDER GRANTING<br>PLAINTIFF/COUNTERCLAIM DEFENDANT<br>ORION CORPORATION'S MOTION FOR<br>JUDGMENT ON THE PLEADINGS DISMISSING<br>DEFENDANT/COUNTERCLAIM PLAINTIFF<br>SUN PHARMACEUTICAL INDUSTRIES,<br>LIMITED'S FIFTH COUNTERCLAIM<br>PURSUANT TO FED. R. CIV. P. 12(C)** |

**THIS MATTER** having been opened to the Court by LeClairRyan, *A Virginia Professional Corporation*, counsel for Plaintiff/Counterclaim Defendant Orion Corporation ("Orion") upon Motion for Judgment on the Pleadings Dismissing Defendant/Counterclaim Plaintiff Sun Pharmaceutical Industries, Limited's ("Sun Ltd.") Fifth Counterclaim for failure to state a claim pursuant to Fed. R. Civ. P. 12(c) [D.I. 68] and the Court having heard Oral Argument on Monday, December 14, 2009, and reviewed all papers submitted in support of and in opposition to this motion, and for good cause shown:

**IT IS ON** this _22ND_ day of _DEC._, 2009;

**ORDERED**, that Orion's Motion for an Order dismissing Sun Ltd.'s Fifth Counterclaim for failure to state a claim pursuant to Fed. R. Civ. P. 12(c) is **GRANTED**; and

**IT IS FURTHER ORDERED**, that Sun Ltd.'s Fifth Counterclaim and corresponding Prayer for Relief (page 13, ¶ 7) [D.I. 22] are dismissed.

_Mary L. Cooper_
_____
HON. MARY L. COOPER, U.S.D.J.

RECEIVED

DEC 2 2 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK